**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM LESZCZYNSKI individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>GOGO TECHNOLOGIES, INC., d/b/a GOGO GRANDPARENT and GOGO GOURMET, a Delaware corporation,<br><br>*Defendant*. | Case No. 3:21-cv-01552-MMA-MSB<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE OF DISMISSAL**

Plaintiff, Kim Leszczynski, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Kim Leszczynski, individually, are hereby dismissed with prejudice.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 22, 2021

Respectfully submitted,
By: */s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully Submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
CA Bar No. 330990